## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Scott E. Kelly aka Scott Emanuel Kelly                    CHAPTER 7
Debtor(s)

BKY. NO. 26-21326 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

      Respectfully submitted,

      /s/ *Matthew Fissel*

      Matthew Fissel
      24 Jul 2026, 10:00:21, EDT

      Matthew Fissel, Esq. (314567)   ☑
      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA 19106
      412-430-3594
      bkgroup@kmllawgroup.com

Document ID: 3a757643963c5297a09069e52b3173798e264ab95f11ba2d440720a5043c6436