IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 26-21326-GLT |
| | ) | Chapter 7 |
| Scott E. Kelly, | ) | |
| *Debtor* | ) | Docket No. |
| | ) | |
| Scott E. Kelly, | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| *No Respondents* | ) | |
| | ) | |
| Eric E. Bononi, | ) | |
| *Chapter 7 Trustee* | ) | |

**AMENDMENT COVER SHEET**

Amendments to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

_____ Voluntary Petition :
Official Form 6 Schedules
_____ Summary of Schedules
_____ Schedule A - Real Property
___ Schedule B - Personal Property
__X__ Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims Check one:
_____ Creditor(s) added
_____ NO creditor(s) added
_____ Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority Claims
Check one:
_____ Creditor(s) added
_____ NO creditor(s) added
_____ Creditor(s) deleted
_____ Schedule F - Creditors Holding Unsecured Nonpriority Claims
Check one:
_____ Creditor(s) added
_____ NO creditor(s) added
_____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
Check one:
_____ Creditor(s) added
_____ NO creditor(s) added
_____ Creditor(s) deleted
_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s) -

_____ Schedule J - Current Expenditures of Individual Debtor(s) -
_____ Statement of Financial Affairs.
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other ______________________

Respectfully Submitted,

August 18, 2026
DATE

/s/ Kenneth Steidl

Kenneth Steidl, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG, P.C.
436 Seventh Ave, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
P.A.I.D. No. 34965
ken.steidl@steidl-steinberg.com

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

**Fill in this information to identify your case:**

Debtor 1 Scott E. Kelly
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number 26-21326
(if known)

☒ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| 2360 Academy St. , Aliquippa, PA 15001-0000<br>Beaver County Joint with Ex-Wife and Dependent Daughter Reside Here<br>Line from *Schedule A/B*: 1.1 | $74,500.00 | ☒ $17,475.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Basic Household Goods & Furnishings Summary Available Upon Request<br>Location: 925 Highview Ave., Baden PA 15005<br>Line from *Schedule A/B*: 6.1 | $1,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Electronics<br>Location: 925 Highview Ave., Baden PA 15005<br>Line from *Schedule A/B*: 7.1 | $1,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Clothing<br>Location: 925 Highview Ave., Baden PA 15005<br>Line from *Schedule A/B*: 11.1 | $100.00 | ☒ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| 1 Ring<br>Location: 925 Highview Ave., Baden PA 15005<br>Line from *Schedule A/B*: 12.1 | $4,000.00 | ☒ $2,125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Scott E. Kelly Case number (if known) 26-21326

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| 1 Ring<br>Location: 925 Highview Ave., Baden PA 15005<br>Line from *Schedule A/B*: 12.1 | $4,000.00 | ☒ $1,875.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Cash<br>Line from *Schedule A/B*: 16.1 | $20.00 | ☒ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Huntington National Bank (2432)<br>Line from *Schedule A/B*: 17.2 | $2,000.00 | ☒ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Ally<br>Line from *Schedule A/B*: 17.1 | $250.00 | ☒ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Vanguard / Libertas Copper, LLC<br>Line from *Schedule A/B*: 21.1 | $369.92 | ☒ $369.92<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| Group Term Life Insurance with no cash value<br>Line from *Schedule A/B*: 31.1 | $0.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)
☒ No
☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
☐ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy